UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
NICO TRINKHAUS,                                            :
:
                             Plaintiff,           :
:
      - against -                                     :
:
:
INTER-CONTINENTAL HOTELS                                   :
CORPORATION,                                               :
:
                           Defendant.        :
:
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2020

20-CV-3694 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      The parties have notified the Court that they have reached a settlement in this case. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: July 2, 2020
      New York, New York

_Vernon Broderick_
Vernon S. Broderick
United States District Judge